UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BEVERLY TAYLOR,

        Plaintiff,

vs.                           Case No. 3:09-cv-902-J-32MCR

USAA CASUALTY INSURANCE COMPANY
and STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendant's Motion for Physical Examination (Doc. 17) filed April 13, 2010. Defendant seeks to conduct an orthopaedic examination of Plaintiff, Beverly Taylor, in order to enable Defendant to properly defend the action herein. (Id.). Defendant proposes the exam be conducted by Dr. Chaim Rogozinski, M.D. on May 19, 2010 at 1:30 p.m.

Rule 35(a)(1) and (2) of the Federal Rules of Civil Procedure provides:

> The court where the action is pending may order a party whose mental or physical condition [] is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner . . .
>
> The order may be made only on motion for good cause and on notice to all parties and the person to be examined; and must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it.

-1-

Rule 35(a)(1) and (2), Fed. R. Civ. P.; see also Cook v. Pizza Hut, 2006 U.S. Dist. LEXIS 35061, 2006 WL 1529775 at * 1 (M.D. Fla. May 31, 2006) (unpublished) ("Here, by asserting physical injuries resulting from an accident in which he was struck by a motor vehicle driven by Defendant's employee, Plaintiff has placed his physical condition in controversy and provided Defendant with good cause for an examination to determine the existence and extent of his asserted injuries").

According to Defendant, Plaintiff has placed her medical condition at issue by claiming to have "suffered injuries in her neck, mid back and low back." (Doc. 17, p. 3). Additionally, Defendant notes that Plaintiff does not oppose the examination. (Id. at p. 2). The Court finds Plaintiff has indeed placed her physical condition into controversy, that good cause exists for the medical examination, and as there is no opposition, will grant the request for examination by Dr. Rogozinski pursuant to Rule 35.

Accordingly, after due consideration, it is

**ORDERED**:

1. Defendant's Motion for Physical Examination (Doc. 17) is **GRANTED**.

2. Plaintiff, Beverly Taylor, shall submit to a medical examination by Dr. Chaim Rogozinski, M.D., at 3716 University Boulevard, Suite 3, Jacksonville, Florida 32216 on **May 19, 2010 at 1:30 p.m.**, or at a date and time mutually agreed to by the parties.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  14th  day of April, 2010.

                                                *Monte C. Richardson*
                                                MONTE C. RICHARDSON
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party